Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com
KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRACE KENTLEY, an individual,<br><br>Defendant. | Case No. CV 07-4219 ABC (FMOx)<br><br>**JUDGMENT AGAINST GRACE KENTLEY**<br><br>Before the Hon. Audrey B. Collins |

By Order dated December 10, 2007, the Honorable Audrey B. Collins, United States District Judge presiding, ruled upon the motion of Plaintiff Microsoft Corporation ("Microsoft") for default judgment and permanent injunction against Defendant Grace Kentley, an individual ("Defendant"), without a hearing.

The evidence presented having been fully considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that,

1.     By her unauthorized distribution of Microsoft's trademarks and service mark in commerce and in connection with Microsoft Office 2003 Professional

41826-5195/LEGAL13880918.1

1  software, Defendant has infringed the following registered and common law
2  trademarks and service mark owned by Microsoft:
3      (a)    1,200,236 ("MICROSOFT");
4      (b)    1,256,083 ("MICROSOFT");
5      (c)    1,475,795 ("POWERPOINT");
6      (d)    1,741,086 ("MICROSOFT ACCESS");
7      (e)    2,188,125 ("OUTLOOK");
8      (f)    2,999,281 (COLORED FOUR SQUARE LOGO);
9      (g)    3,160,976 (BLACK AND WHITE FOUR SQUARE LOGO);
10     2.    Defendant's actions have also infringed Microsoft's registered
11 copyrights in the following works:
12     (a)    TX-5-837-617 ("Microsoft Office 2003 Professional");
13     (b)    TX-5-837-636 ("Microsoft Office Excel 2003");
14     (c)    TX-5-900-087 ("Microsoft Office Outlook 2003");
15     (d)    TX-5-852-649 ("Microsoft Office PowerPoint 2003");
16     (e)    TX-5-900-088 ("Microsoft Office Word 2003");
17     (f)    TX-5-837-618 ("Microsoft Publisher 2003");
18     (g)    TX-5-877-513 ("Microsoft Business Contact Manager for
19               Outlook 2003");
20     (h)    TX-5-901-713 ("Microsoft Office Access 2003");
21     3.    Defendant's use of Microsoft's marks has resulted in the placement in
22 commerce of items that are strikingly similar to genuine Microsoft, or Microsoft-
23 licensed, items which are or were likely to cause confusion, mistake or deception in
24 the market as to the source of those items.
25     4.    Defendant's distributions of counterfeit and infringing Microsoft
26 software constitute violations of federal law, 15 U.S.C. § 1125 et seq., and
27 California common law prohibiting unfair competition.
28

5. The likelihood of confusion that existed in this instance by virtue of Defendant's distribution of infringing Microsoft software in interstate commerce is an appropriate predicate upon which to base permanent injunctive relief against the unauthorized reproduction, replication and/or distribution by Defendant of any unauthorized, illegal, and/or counterfeit Microsoft items.  This Court issued a separate permanent injunction on December 10, 2007.

6. Microsoft is awarded $240,000 in statutory damages against Defendant under the Copyright Act.

7. Microsoft is awarded $600,000 in statutory damages against Defendant under the Lanham Act.

8. Microsoft is awarded $2,638.90 in attorneys' fees and costs against Defendant.

10. The total judgment against Defendant is $842,638.90.

11. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

DATED:  March 10, 2008
_____

_____
HON. AUDREY B. COLLINS
United States District Judge